

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RALPH COUNTRYMAN, ) <br> #44564 ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ROBERT BANNISTER, ) <br> ) <br> Defendant. ) | 3:11-cv-00148-HDM-VPC <br><br> ORDER |

On March 28, 2011 the court issued an Order granting defendants motion for reconsideration (docket #6). Plaintiff subsequently filed a motion to strike motion for reconsideration (docket #7) as well as a motion for extension of time to file a second amended complaint. The motion for reconsideration had already been decided, and plaintiff's motion to strike it is denied. His motion for extension of time, however, is granted. Plaintiff shall have thirty (30) days from the date of entry of this Order to file his second amended complaint.

IT IS THEREFORE ORDERED that plaintiff's motion to strike motion for reconsideration (docket #7) is DENIED.

IT IS FURTHER ORDERED that plaintiff's motion to extend time to file a second amended complaint (docket #8) is GRANTED. Plaintiff shall have **thirty (30) days** from the date of



entry of this Order to file his second amended complaint.

**IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not timely file a second amended complaint this case may be immediately dismissed.

DATED this 14th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE