1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RALPH COUNTRYMAN, #44564 | ) ) ) ) | |
| Plaintiffs, | ) ) | 3:11-cv-00148-HDM-VPC |
| vs. | ) ) | |
| ROBERT BANNISTER, | ) ) | **ORDER** |
| Defendant. | ) ) / | |

On March 1, 2011 the court issued an Order dismissing plaintiff's first amended complaint with leave to amend (docket #2). On April 14, 2011, the court granted plaintiff a thirty-day (30) extension to file his second amended complaint (docket #9). The court expressly warned plaintiff that failure to file a second amended complaint would lead to dismissal of this action with prejudice. That Order was served on plaintiff at his address of record.

More than the allotted time has passed, and plaintiff has failed to file a second amended complaint. Therefore, plaintiff's action shall be dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** for the failure of plaintiff to comply with this court's Orders of March 1, 2011 (docket #2) and April 14, 2011 (docket #9).

      **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

      DATED this 14th day of June, 2011.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE